

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00150-CV

Dora M. **SOLIS**,
Appellant

v.

Juan Carlos **ALMONACI** and Yolanda Almonaci,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00999
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED August 11, 2021.

_____
Patricia O. Alvarez, Justice